# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BAYOU STEEL DB HOLDINGS, LLC, *et al.* [1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>　　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>TENNESSEE ASSOCIATED ELECTRIC, LLC<br><br>　　　　　　　　　　　　　Defendant. | Adv. No. 21-50232 (KBO) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "Plaintiff"), and Tennessee Associated Electric, LLC (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.　　The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including May 3, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

Dated: April 1, 2021

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ *Peter J. Keane*
Bradford J. Sandler (No. 4142)
Andrew W. Caine (CA No. 110345)
Peter J. Keane (No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
   acaine@pszjlaw.com
   pkeane@pszjlaw.com

*Counsel for Plaintiff, George L. Miller, Chapter 7 Trustee for the Estates of Bayou Steel BD Holdings, L.L.C., et al.*

Dated: April 1, 2021

**BURR & FORMAN LLP**

*/s/ J. Cory Falgowski*
J. Cory Falgowski (No. 4546)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 830-2312
Facsimile: (302) 397-2566
Email: jfalgowski@burr.com

*Counsel for Defendant, Tennessee Associated Electric, LLC*