# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BAYOU STEEL DB HOLDINGS, LLC, *et al.* [1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>                                  Plaintiff,<br>vs.<br><br>TENNESSEE ASSOCIATED ELECTRIC, LLC<br><br>                                  Defendant. | Adv. No. 21-50232 (KBO) |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

Upon consideration of the *Stipulation For Extension of Time for Defendant to Respond to the Complaint* (the "Stipulation") between Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "Plaintiff"), and Tennessee Associated Electric, LLC (the "Defendant") attached hereto as Exhibit "1"; it is hereby

**ORDERED** that the Stipulation is hereby **APPROVED**, and it is

**FURTHER ORDERED** that the time within which Defendant may answer, move or otherwise plead to the Complaint is hereby further extended to and including June 2, 2021.

**Dated: May 4th, 2021**
**Wilmington, Delaware**

                                                    **KAREN B. OWENS**
                                                    **UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).