# EXHIBIT 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BAYOU STEEL DB HOLDINGS, LLC, *et al.* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Plaintiff,<br>vs.<br><br>TENNESSEE ASSOCIATED ELECTRIC, LLC<br><br>Defendant. | Adv. No. 21-50232 (KBO) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

George L. Miller in his capacity as chapter 7 trustee of Bayou Steel BD Holdings, L.L.C., *et al.*, (the "Plaintiff"), and Tennessee Associated Electric, LLC (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties have settled this matter in principle and are in the process of finalizing the settlement agreement. As such, the Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including June 2, 2021.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

1

2

| | |
|---|---|
| Dated: May 3, 2021 | Dated: May 3, 2021 |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **BURR & FORMAN LLP** |
| By: /s/ *Andrew W. Caine*<br>Bradford J. Sandler (No. 4142)<br>Andrew W. Caine (CA No. 110345)<br>Peter J. Keane (No. 5503)<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>   acaine@pszjlaw.com<br>   pkeane@pszjlaw.com | /s/ *J. Cory Falgowski*<br>J. Cory Falgowski (No. 4546)<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>Telephone: (302) 830-2312<br>Facsimile: (302) 397-2566<br>Email: jfalgowski@burr.com |
| *Counsel for Plaintiff, George L. Miller, Chapter 7 Trustee for the Estates of Bayou Steel BD Holdings, L.L.C., et al.* | *Counsel for Defendant, Tennessee Associated Electric, LLC* |